FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 26 AM 11: 17

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 4:07CR00037-4 |
| Martin Villegas-Tello | ) | USM No: 58813-019 |
| Date of Original Judgment: June 3, 2008 | ) | Jeffrey Paul Manciagli |
| Date of Previous Amended Judgment: Not Applicable | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __121__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __June 3, 2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/26/15

Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: November 1, 2015
*(if different from order date)*
Printed name and title